# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN ANTHONY MILLER<br><br>　　　　　Defendant. | Case No.: 2:23-mj-00931-EJY<br><br>ORDER |

This matter coming before the Court on the Government's Motion to Unseal Complaint, Amended Complaint, and the Case, the premises therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Complaint, Amended Complaint, and the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __30th__ day of October 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE