AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

**FILED**
**U.S. MAGISTRATE JUDGE**

**DATE:** October 25, 2023

**TIME:** 12:45 p.m.

United States of America
v.
John Anthony Miller

)
)
)
)
)
)
)

Case No. 2-23-mj-00931-EJY

*Defendant*

REC'D USMS D/NV
2023 OCT 25 PM 04:21

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 27 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Anthony Miller
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) Threatening a Federal Official

Date: October 25, 2023

*Issuing officer's signature*

City and state: Las Vegas, Nevada

Elayna J. Youchah, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/25/2023, and the person was arrested on *(date)* 10/27/2023
at *(city and state)* LAS VEGAS, NV.

Date: 10/27/23

P7
*Arresting officer's signature*

FOR FBI
*Printed name and title*