1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JACOB H. OPERSKALSKI
3  Assistant United States Attorney
   Nevada Bar No. 14746
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-5063
   Email: Jacob.Operskalski@usdoj.gov
6  *Representing the United States of America*

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 21 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ANTHONY MILLER,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:23-cr-221-JAD-DJA<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 115(a)(1)(B)<br>Threatening a Federal official<br><br>18 U.S.C. § 115(a)(1)(A)<br>Influencing, impeding, or retaliating against a Federal official by threatening a family member |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Threatening a Federal official)

On or about October 17, 2023, in the District of Nevada,

**JOHN ANTHONY MILLER,**

the defendant herein, threatened to assault and murder United States Senator 1, with intent to impede, intimidate, and interfere with United States Senator 1 while engaged in the performance of official duties, and with intent to retaliate against United States Senator 1 on account of the performance of official duties,

in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO
(Influencing, impeding, or retaliating against a Federal official by threatening a family member)

On or about October 24, 2023, in the District of Nevada,

**JOHN ANTHONY MILLER**,

the defendant herein, threatened to assault and murder a member of the immediate family of United States Senator 1, with intent to impede, intimidate, and interfere with United States Senator 1 while engaged in the performance of official duties, and with intent to retaliate against United States Senator 1 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(A).

\\

\\

\\

\\

**COUNT THREE**
(Influencing, impeding, or retaliating against a Federal official by threatening a family member)

On or about October 25, 2023, in the District of Nevada,

**JOHN ANTHONY MILLER,**

the defendant herein, threatened to assault and murder a member of the immediate family of United States Senator 2, with intent to impede, intimidate, and interfere with United States Senator 2 while engaged in the performance of official duties, and with intent to retaliate against United States Senator 2 on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(A).

DATED: this 21st day of November, 2023.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

JACOB H. OPERSKALSKI
Assistant United States Attorney