UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN ANTHONY MILLER,<br><br>   Defendant. | Case No. 2:23-cr-00221-JAD-DJA<br><br>**ORDER**<br><br>**ECF No. 31** |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the motion hearing currently scheduled for Tuesday, December 19, 2023 at 10:00 a.m., be vacated and continued to January 16, 2024, at 2:00 p.m.

    DATED this 6th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE