**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN ANTHONY MILLER,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00221-JAD-DJA<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Status Conference currently scheduled on September 9, 2024 at the hour of 11:30 a.m., be vacated and continued to September 23, 2024 at the hour of 10:00 a.m.

　　　IT IS FURTHER ORDERED that the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

　　　DATED this 27th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　United States District Judge