JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2672
marcheselaw@msn.com
Attorney for Defendant- MILLER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-00221-JAD-DGA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ANTHONY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the Defendant currently has another trial that conflicts with this trial date in another jurisdiction.  <u>State v Jones</u> C-22-363709-1.  That case is older than this case and the defendant is in custody.

-3-

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Sections 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial to April 8, 2025.

This is the seventh request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Calendar Call currently scheduled for December 23, 2024, at 1:30 p.m., be continued to March 24, 2025 at 1:30 p.m. in courtroom 6D.

IT IS HEREBY ORDERED that the Trial currently scheduled for January 7, 2025, at 9:00 a.m., be continued to April 8, 2025 at 9:00 a.m. in courtroom 6D.

DATED this 21st day of November, 2024

_____
**UNITED STATES DISTRICT JUDGE**