JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant – MILLER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-00221-JAD-DGA |
| | ) | |
| Plaintiff, | ) | **NOTICE OF INTENT TO PLEAD** |
| | ) | **GUILTY** |
| v. | ) | |
| | ) | |
| JOHN ANTHONY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### NOTICE OF INTENT TO PLEAD TO GUILTY

Defendant herein, JOHN ANTHONY MILLER by and through his counsel of record, JESS R. MARCHESE, ESQ., hereby gives notice of his intent to plead guilty to the Indictment without the benefit of a plea agreement.

Dated this 4th day of December, 2024,

                                                  /S/ Jess R. Marchese_____
                                                JESS R MARCHESE, ESQ.
                                                601 S. Rancho Drive, B-14
                                                Las Vegas, Nevada 89106
                                                Attorney for Defendant

## NOTICE OF ELECTRONIC SERVICE

IT IS HEREBY CERTIFY that a true and correct copy of Defendant's Notice was served on the 4th day of December, 2024 via the United States District Court's online filing system to all registered parties.

                                                       /s/ Jess R. Marchese
                                                     **MARCHESE LAW OFFICE**