JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant – MILLER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-00221-JAD-DGA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN ANTHONY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JOHN MILLER and JACOB OPERSKALSKI, Assistant United States Attorney, that the sentencing currently scheduled for March 24, 2025 at 10:00 a.m., be vacated and moved to a date approximately 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the Defendant currently has a conflict on that date and time.

-1-

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing to a date a time convenient to the court.

This is the first request for continuance filed herein.

DATED: March 18, 2025,

| | |
|---|---|
| /S/ Jess R. Marchese | /S/ Jacob Operskalski |
| JESS R MARCHESE, ESQ. | JACOB OPERSKALSKI, ESQ. |
| 601 S. Rancho Drive, B-14 | Assistant United States Attorney |
| Las Vegas, Nevada 89106 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

### **ORDER**

IT IS HEREBY ORDERED that the Sentencing currently scheduled for March 24, 2025, at 10:00 a.m., be continued to April 30, 2025, at 11:00 a.m., in courtroom 6D.

DATED this 18th day of March, 2025,

_____
UNITED STATES DISTRICT JUDGE